IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHUKWUMA E. AZUBUKO | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-11-1639 |
| TOWN OF BROOKLINE PUBLIC SCHOOLS | * | |
| TOWN OF BROOKLINE PUBLIC SCHOOLS REGISTRAR, | * | |
| TOWN OF BROOKLINE ATTY (MURPHY), | | |
| MASSACHUSETTS COMM. OF EDUCATION, | * | |
| MASSACHUSETTS' ATTORNEY GENERAL, | | |
| and MASSACHUSETTS LEGISLATORS | * | |
| Defendants | * | |

\*\*\*

## ORDER

For the reasons stated in the foregoing memorandum, it is this 21 day of June, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL TRANSFER this case to the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston Massachusetts 02210 for all further proceedings as may be deemed appropriate by that court;

2. Plaintiff's request for in forma pauerpis status (ECF No. 2) IS HELD IN ABEYANCE for review by the Massachusetts court; and

3. The Clerk SHALL PROVIDE a copy of this order, together with the foregoing memorandum, to plaintiff.

James K. Bredar
United States District Judge